IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY MULLEN, an individual, | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:17-cv-00416-SWW |
| | * * | |
| ARKANSAS GAME AND FISH COMMISSION, an agency of the State of Arkansas, and JEFF CROW, an individual, | * * * * * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is

Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 1st day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE